Richard L. Weiner (State Bar #123243)
Paul J. Laurin (State Bar #136287)
Gabriel K. Coy (State Bar #198019)
WEINER & LAURIN, LLP
15760 Ventura Blvd., Suite 1727
Encino, CA 91436
Telephone No.: (818) 501-8898
Facsimile No.: (818) 501-8897

03 JUL -2 AM 11: 47

Fax Filing

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

'08 MC 0357

| NEW FORM, INC. | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CV 02-02293-FMC (Ex) |
| v. | |
| LUCIA ALBARRAN, ETC., ET AL | **CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT** |
| Defendant(s) | |

I, _____Sherri R. Carter_____, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on ___May 14, 2004___
*Date*
as it appears in the record of this court, and that * *(see below)*

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on ___June 30, 2008___
*Date*

**SHERRI R. CARTER**

CLERK, U.S. DISTRICT COURT

By: _____
Deputy Clerk

* Insert the appropriate language:

"no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed."

"no notice of appeal from this judgment has been filed, any motions of the kinds listed in Rule 4(a) of the Rules of Appellate Procedure [*] have been disposed of, the latest order disposing of such a motion having been entered on [date]."

"an appeal was taken from this judgment and this judgment was affirmed by mandate of the Court of Appeals issued on [date]."

"An appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

[NOTE: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.]

---

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

CV-101 (08/97)

1  Richard L. Weiner (State Bar No. 123243)
   Paul J. Laurin (State Bar No. 136287)
2  Gabriel K. Coy (State Bar No. 198019)
   WEINER & LAURIN, LLP
3  15760 Ventura Blvd., Suite 1727
   Encino, CA 91436
4
5  Telephone No.: (818) 501-8898
   Facsimile No.: (818) 501-8897
6  Attorneys for Plaintiff New Form, Inc.

FILED
CLERK, U.S. DISTRICT COURT
MAY 13 2004
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW FORM, INC., | CASE NO. 02-02293 FMC (Ex) |
| Plaintiffs, | **CORRECTED*** |
| vs. | **FINAL JUDGMENT** |
| LUCIA ALBARRÁN, etc., et al., | [*CORRECTED ONLY TO CHANGE SPELLING OF DEFENDANT'S NAME] |
| Defendants | HON. FLORENCE M. COOPER CTRM: 750 |

DOCKETED ON CM
MAY 14 2004
BY         005

### FINAL JUDGMENT

As the Jury has returned its unanimous verdict in favor of Plaintiff New Form, Inc. dba Laguna Films and against Defendant Lucia Albarran, aka Lucia Albarran Munguia and Defendant Antonio Barboza aka Antonio Barbosa aka Antonio Barboza Castro, in the above captioned matter, the Court hereby

ORDERS that judgment be entered in favor of Plaintiff New Form, Inc. and against Defendant Lucia Albarran, aka Lucia Albarran Munguia and Defendant Antonio Barboza aka Antonio Barbosa aka Antonio Barboza Castro.

///

137

1
FINAL JUDGMENT

1  The Court further

2  ORDERS that Plaintiff recover from Defendant Lucia Albarran, aka Lucia
3  Albarran Munguia and Defendant Antonio Barboza aka Antonio Barbosa aka Antonio
4  Barboza Castro, jointly and severally, the principal sum of Seven Hundred and Fifty
5  Thousand Dollars ($750,000.00) for willfully infringing the copyright interests of Plaintiff
6  in the following ten (10) India Maria Motion Pictures: Duro Pero Seguro; El Miedo No
7  Anda En Burro; El Que No Corre Vuela; La Comadrita; La Madrecita; La Presidenta
8  Municipal; O.K. (Okey) Mister Pancho; Pobre Pero Honrada; Sor Tequila; and Tonta
9  Tonta Pero No Tanto.

10  The Court further

11  ORDERS that Plaintiff recover against Defendants, jointly and severally, its costs
12  of suit herein, including reasonable attorneys' fees and costs pursuant to 17 U.S.C.
13  §505.

14
15  DATED: 5/13/04
16  HONORABLE FLORENCE M. COOPER
    UNITED STATED DISTRICT COURT JUDGE
17
18
19
20  RESPECTFULLY SUBMITTED BY:
21  DATED: May 5, 2004    WEINER & LAURIN, LLP
22
23  By:
    RICHARD L. WEINER
24  Attorneys for Plaintiff NEW FORM, INC.
25
26
27
28

2
FINAL JUDGMENT

```
              UNITED STATES
              DISTRICT COURT
          SOUTHERN DISTRICT OF CALIFORNIA
                SAN DIEGO DIVISION

          # 152530      - TC

              July 02, 2008
                11:49:40


                  Misc. Case
USAO #.: 08MC0357
Amount.:                        $39.00 CK
Check#.: BC2079



       Total-> $39.00



    FROM: MISC CASE FILING
          08MC0357
```