UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 JUL -2 AM 11:49

| | |
|---|---|
| NEW FORM, INC. | Case Number: '08 MC 0357 EC JEC |
| V. | |
| ALBARRAN, ET AL. | AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION |

State of California, County of Los Angeles

I, Richard L. Weiner, Esq. hereby state under penalty of perjury that,

1. Judgment for $ 750,000.00 was entered on 05/14/04 (Date) in the docket of the above-entitled action in favor of

    New Form, Inc. dba Laguna Films
    as Judgment Creditor, and against

    See attached list
    as Judgment Debtor

    *(If a registered Judgment, fill in below)*

    Said Judgment was registered herein under title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case No. CV02-02293 FMC in the United States District Court for the Central District of California and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

*(OVER)*

::ODMA\PCDOCS\WORDPERFECT\14832\1 May 5, 1999 (10:33am)

Writ issued
CP

## AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

3. ACCRUED since the entry of judgment are the following sums:

   $ 0.00      accrued interest, computed at    0 % (See note)

   $ 9,269.84      accrued costs

   $133,807.27 Attorneys' Fees (Minute Order of 11/1/04)

4. CREDIT must be given for payments and partial satisfactions in the total amount of:

   $ 70,000.00      which is to be first credited against the judgment as entered still remaining due and bearing interest at    0.00 % in the amount of $ 0.00      per day from this date.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed at: Valencia

State of: California    this    1st    date of    July    20 08.

LAW OFFICE OF RICHARD L. WEINER

_____
(Signature)
RICHARD L. WEINER

27240 Turnberry Lane, Suite 200
Valencia, California 91355
Telephone: 661-362-0860

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. 1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN.

::ODMA\PCDOCS\WORDPERFECT\14832\1 May 5, 1999 (10:33am)

**ATTACHMENT TO AFFIDAVIT AND
REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**

1. Judgment Debtors: Defendant Lucia Albarran, aka Lucia Albarran Munguia and Defendant Antonio Barboza aka Antonio Barbosa aka Antonio Barboza Castro, jointly and severally